AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
GONZALEZ, Luis Angel YOB: 1996

**CRIMINAL COMPLAINT**

CASE NUMBER: M-15-1790-M-02

United States District Court
Southern District of Texas
FILED
OCT 2 3 2015
Clerk of Court

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __10/09/2015__ in __Hidalgo__ county, in the __Southern__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and Intentionally possess with Intent to Distribute 246 kilograms or more of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally Conspire to possess with Intent to Distribute 246 kilograms or more of Marijuana, a Schedule I Controlled Substance

in violation of Title __21__ United States Code, Section(s) __846, 841 (a) (1)__

I further state that I am a(n) __DEA Task Force Officer__ and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof: X Yes ___ No

Approved,
[signature] Roland C. L.
10-23-15

[signature]
Signature of Complainant
Carlos Mireles, DEA Task Force Officer

Sworn to before me and subscribed in my presence,

October 23, 2015     At     McAllen, Texas
Date                                          City and State

Dorina Ramos, U.S. Magistrate Judge     [signature] Dorina Ramos
Name & Title of Judicial Officer                Signature of Judicial Officer

## ATTACHMENT

On October 09, 2015, at approximately 5:45 pm, your affiant was contacted to the scene to assist with the investigation. The following information was either provided to your affiant by Agents and/or Officers at the scene.

Earlier on October 09, 2015, at approximately 12:45 pm, San Juan Police Officers had been called out to westbound Expressway 83 in San Juan, Texas in reference to shots fired. The San Juan dispatcher, Nate Sepulveda, advised that a brown Chevy Tahoe and blue SUV were involved in a shooting and the suspects were wearing "Police" tactical gear.

At approximately 12:49 pm, Corporal Michael Martinez located a tan in color Chevrolet Tahoe traveling eastbound on the 100 block of Santa Fe Street then southbound on Raul Longoria then eastbound on Sgt. Trevino Street. Corporal Martinez got behind the vehicle and initiated his red and blue emergency over head lights to his marked patrol unit. The vehicle refused to stop, therefore San Juan Officers initiated a vehicle pursuit. The San Juan Police marked units continued the pursuit into Donna, Texas where the officers observed the rear passengers throw what appeared to be bundles of marijuana out of the rear doors of the Chevrolet Tahoe. San Juan Officers continued to pursue the vehicle but momentarily lost sight of the vehicle when the vehicle started going westbound on a canal in the area of Roosevelt Street in Donna, Texas. San Juan Police Officer Antony Flores located the same vehicle in the area of Goolie Road from Minnesota Road. The vehicle then drove into a sugar cane field where the marked units were unable to enter due to the muddy conditions.

The San Juan Police Officers recovered a total of five (5) bundles inside the Chevy Tahoe, three (3) bundles in the area of FM 493 and Alberta Road and one (1) bundle in the blue Ford Expedition that was abandoned on Santa Fe Street in San Juan, Texas. The San Juan Evidence custodian, Sergio Benitez, also located a Lorcin L380 .38 caliber handgun inside the blue Ford Expedition. The San Juan Evidence custodian, S. Benitez, also noticed the vehicle had multiple bullet holes on the passenger's side.

A total of nine (9) bundles of marijuana with an approximate weight of 246 kilograms of marijuana were recovered.

Your affiant received information that Luis Angel GONZALEZ (hereinafter referred to as L. GONZALEZ) was involved in the carjacking.

On October 22, 2015, Agents from DEA, ATF, DPS and Officers from the San Juan Police Department set up surveillance on 1214 S. 2nd Street, Alamo, Texas where L. GONZALEZ had last been observed. At approximately, 3:30 pm, Agents observed L. GONZALEZ leaving the residence with his wife. Agents followed L. GONZALEZ to the Texas Department of Human Services located at 135 US Business 83, Alamo, Texas. L. GONZALEZ was approached and detained for questioning over the shooting that occurred on October 09, 2015.

Once at the San Juan Police Department, L. GONZALEZ was read his Miranda Warnings and waived his rights to an attorney by TFO G. Vazaldua. During the interview, L. GONZALEZ confessed to his involvement in the shooting and theft of narcotics on the Expressway 83 that occurred on October 09, 2015. L. GONZALEZ admitted to the agents as being the person responsible for discharging a long gun towards the direction of the blue Expedition in an attempt to stop the vehicle and steal the drugs from within the Ford Expedition.

L. GONZALEZ was charged with Possession with Intent to Distribute Marijuana and Conspiracy to Possess with Intent to Distribute Marijuana. Based on the information provided above your affiant believes there is enough evidence to show that L. GONZALEZ violated Title 21 USC 846,841(a)(1) in Hidalgo County, Texas.